UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Jorge Padilla &            Case No: 10-46169-LMI
        Olga Padilla               Chapter 13


_____Debtor_____/


## NOTICE OF WITHDRAWAL OF DOCUMENT

COMES NOW the Debtors, Jorge Padilla and Olga Padilla by and through the undersigned counsel and files this Notice of Withdrawal of Document and would state as follows:

1. That the Debtors hereby withdraw docket number 86

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice to Withdrawal of Document was sent via cm/ecf this 18th day of May 2015.

                                    Robert Sanchez, Esq.
                                    355 West 49th Street
                                    Hialeah, FL 33012
                                    Tel. (305)-687-8008


                                    By:  */s/ Robert Sanchez*
                                    Robert Sanchez, Esquire
                                    FBN#0442161

```
Label Matrix for local noticing      Afni, Inc.                        Bk Of Amer
113C-1                               Po Box 3097                       9000 Southside Blvd Bldg
Case 15-16125-LMI                    Bloomington, IL 61702-3097        Jacksonville, FL 32256-6705
Southern District of Florida
Miami
Mon May 18 13:50:25 EDT 2015

(p)BANK OF AMERICA                   Cardmember Service                Chase Card
PO BOX 982238                        P.O. Box 15153                    201 N Walnut Street  Mailstop De1-1027
EL PASO TX 79998-2238                Wilmington DE 19886-5153          Wilmington, DE 19801-2920


Chase Card                           Chase Card                        Chase Mtg
201 N. Walnut Street                 Po Box 15298                      Po Box 24696
Wilmington, DE 19801-2920            Wilmington, DE 19850-5298         Columbus, OH 43224-0696


Office of the US Trustee             Portfolio Recovery Ass            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
51 S.W. 1st Ave.                     120 Corporate Blvd Ste 1          PO BOX 41067
Suite 1204                           Norfolk, VA 23502-4962            NORFOLK VA 23541-1067
Miami, FL 33130-1614


Sears/Cbna                           Sears/Cbna                        Syncb/Brandsmart
8725 W. Sahara Ave  Mc 02/02/03      Po Box 6189                       Po Box 965036
The Lakes, NV 89163-0001             Sioux Falls, SD 57117-6189        Orlando, FL 32896-5036


Syncb/Care                           Syncb/Care Credit                 Syncb/City Furniture
Po Box 981439                        Po Box 965036                     C/O Po Box 965036
El Paso, TX 79998-1439               Orlando, FL 32896-5036            Orlando, FL 32896-0001


Syncb/Gap                            Syncb/Walmar                      Target Nb
Po Box 965005                        Po Box 965024                     Po Box 673
Orlando, FL 32896-5005               El Paso, TX 79998                 Minneapolis, MN 55440-0673


Wffnatbank                           Ivett Proenza                     Joel L Tabas
Po Box 94498                         18711 NW 84th Place #403          14 NE 1 Ave PH
Las Vegas, NV 89193-4498             Hialeah, FL 33015-2590            Miami, FL 33132-2547


Robert Sanchez Esq
355 W 49 St.
Hialeah, FL 33012-3715
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Portfolio Recovery Associates, LLC
c/o David M. Greenbaum, Esq.
120 Corporate Boulevard
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami                           (u)Cap1/Bstby                          (u)Midlandmcm

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27