UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
Jorge Padilla and Olga Padilla,   Case no. 10-46169-LMI
                                  Chapter 13

   Debtor
_____/

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Please take note of debtor new street address as follows:

Jorge Padilla
3272 NW 32nd Avenue
Miami Gardens, Fl. 33056

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was mailed to all parties on the attached mailing list.

Date: 05/18/15

Respectfully Submitted:

ROBERT SANCHEZ, P.A.
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
   Robert Sanchez, Esq.
   FBN#0442161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-16125-LMI<br>Southern District of Florida<br>Miami<br>Mon May 18 13:50:25 EDT 2015 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Bk Of Amer<br>9000 Southside Blvd Bldg<br>Jacksonville, FL 32256-6705 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cardmember Service<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | Chase Card<br>201 N Walnut Street  Mailstop De1-1027<br>Wilmington, DE 19801-2920 |
| Chase Card<br>201 N. Walnut Street<br>Wilmington, DE 19801-2920 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sears/Cbna<br>8725 W. Sahara Ave  Mc 02/02/03<br>The Lakes, NV 89163-0001 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/Care<br>Po Box 981439<br>El Paso, TX 79998-1439 | Syncb/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/City Furniture<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Walmar<br>Po Box 965024<br>El Paso, TX 79998 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Wffnatbank<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | Ivett Proenza<br>18711 NW 84th Place #403<br>Hialeah, FL 33015-2590 | Joel L Tabas<br>14 NE 1 Ave PH<br>Miami, FL 33132-2547 |
| Robert Sanchez Esq<br>55 W 49 St.<br>Hialeah, FL 33012-3715 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                              Portfolio Recovery Associates, LLC
Po Box 982235                           c/o David M. Greenbaum, Esq.
El Paso, TX 79998                       120 Corporate Boulevard
                                        Norfolk, VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami                    (u)Cap1/Bstby                   (u)Midlandmcm

```
End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27
```